DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**FIRST PROTECTIVE INSURANCE, CO.,**
d/b/a **FRONTLINE HOMEOWNERS INSURANCE,**
Appellant,

v.

**WILLIAM B. STEELE,**
as Power of Attorney for Andrea Steele,
Appellee.

No. 4D17-793

[November 16, 2017]

Appeal of a non-final order from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Paul B. Kanarek, Judge; L.T. Case No. 312016CA000914XXXXXX.

Jay M. Levy and Ryan L. Marks of Jay M. Levy, P.A., Miami, and Monica B. Sablon of Sheehe & Associates, P.A., Miami, for appellant.

Richard M. Benrubi of Law Office of Richard M. Benrubi, P.A., West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, CONNER and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***